**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
RAYMOND EUGENE SILLS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> JESS BRASIER, et al., ) <br> ) <br> DEFENDANTS. ) <br> _____) | CR.NO.S-08-00518-LKK <br><br> STIPULATION AND ORDER TO CONTINUE THE JUDGMENT AND SENTENCING TO TUESDAY, JANUARY 26, 2010 |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney, Mr. Michael M. Beckwith and defendant Raymond Eugene Sills, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for Judgment and Sentencing currently set for, Tuesday, January 5, 2010, can be vacated and can be rescheduled for Tuesday, January 26, 2010, at 9:15 a.m. in Courtroom # 4 before the Honorable Senior District Court Judge, Lawrence K. Karlton.

The Court's Courtroom Deputy, Ms. Monica Narcisse, was contacted to check to see if the Court is available that date, and the Court is.

Probation was contacted, Ms. Linda Alger, and there was no objection to the continuance.

The parties further agree and stipulate to the adjustment in the following dates:

1

| | |
|---|---|
| Informal Objections on or before | January 5, 2010 |
| Final Probation Report on or before | January 12, 2010 |
| Formal Objections on or before | January 19, 2010 |
| Judgment and Sentencing | January 26, 2010 |

It is so agreed and stipulated to.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Michael M. Beck telephone  authorization

DATED: 12-9-09                    _____
Michael M. Beckwith
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 12-9-09          /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant Raymond Eugene Sills

**ORDER**

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED: December 9, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2