**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
RAYMOND EUGENE SILLS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> JESS BRASIER, et al., ) <br> ) <br> ) <br> DEFENDANTS. ) <br> _____) | CR.NO.S-08-00518-LKK <br><br> STIPULATION AND ORDER TO CONTINUE THE JUDGMENT AND SENTENCING TO TUESDAY, FEBRUARY 23, 2010 |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney, Mr. Michael M. Beckwith and defendant Raymond Eugene Sills, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for Judgment and Sentencing currently set for, Tuesday, January 26, 2010, can be vacated and can be rescheduled for Tuesday, February 23, 2010, at 9:15 a.m. in Courtroom # 4 before the Honorable Senior District Court Judge, Lawrence K. Karlton.

The Court's Courtroom Deputy, Ms. Monica Narcisse, was contacted to check to see if the Court is available that date, and the Court is.  Probation was contacted, Ms. Linda Alger, and there was no objection to the continuance.

The parties further agree and stipulate to the adjustment in the following dates:

1

| | |
|---|---|
| Informal Objections on or before | February 2, 2010 |
| Final Probation Report on or before | February 9, 2010 |
| Formal Objections on or before | February 16, 2010 |
| Judgment and Sentencing | February 23, 2010 |

It is so agreed and stipulated to.

Respectfully submitted:

```
                              BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

                              /s/ Michael M. Beckwith e mail authorization
DATED: 1-20-10                _____
                              Michael M. Beckwith
                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEY FOR THE PLAINTIFF


DATED: 1-20-10                /s/ James R. Greiner
                              _____
                              James R. Greiner
                              Attorney for Defendant Raymond Eugene Sills
```

## ORDER

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED: January 21, 2010

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2