**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
RAYMOND EUGENE SILLS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> JESS BRASIER, et al., ) <br> ) <br> DEFENDANTS. ) <br> _____) | CR.NO.S-08-00518-LKK <br><br> STIPULATION AND ORDER TO CONTINUE THE JUDGMENT AND SENTENCING TO TUESDAY MARCH 9, 2010 |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Mr. Michael M. Beckwith and the defendant Raymond Eugene Sills, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for the Judgment and Sentencing set for, Tuesday, February 23, 2010, is hereby vacated and can be rescheduled for Tuesday, March 9, 2010, at 9:15 a.m. in Courtroom # 4 before the Honorable Senior District Court Judge, Lawrence K. Karlton. This is to allow the defense additional time to respond to the Probation Pre-sentence Investigation Report.

The Court's Courtroom Deputy, Ms. Monica Narcisse, was contacted to check to see if the Court is available that date, and the Court is.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Michael M. Beck e mail authorization

DATED: 2-18-10      _____
Michael M. Beckwith
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF


DATED: 2-18-10      /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant Raymond Eugene Sills

**ORDER**

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED: FEBRUARY 22, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2