**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
RAYMOND EUGENE SILLS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-08-00518-LKK |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE THE |
| v. ) | JUDGMENT AND SENTENCING TO |
| ) | WEDNESDAY JUNE 2, 2010 |
| JESS BRASIER, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Mr. Michael M. Beckwith and the defendant Raymond Eugene Sills, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for the Judgment and Sentencing set for, Tuesday, March 9, 2010, is hereby vacated and can be rescheduled for Wednesday, June 2, 2010, at 9:15 a.m. in Courtroom # 4 before the Honorable Senior District Court Judge, Lawrence K. Karlton.

This is to allow the defense additional time to respond to the Probation Pre-sentence Investigation Report.

The Court's Courtroom Deputy, Ms. Monica Narcisse, was contacted to check to see if the Court is available that date, and the Court is.

1

Respectfully submitted:

        BENJAMIN B. WAGNER
        UNITED STATES ATTORNEY

        /s/ Michael M. Beck e mail authorization

DATED: 3-4-10        _____
        Michael M. Beckwith
        ASSISTANT UNITED STATES ATTORNEY
        ATTORNEY FOR THE PLAINTIFF


DATED: 3-4-10        /s/ James R. Greiner
        _____
        James R. Greiner
        Attorney for Defendant Raymond Eugene Sills


**ORDER**


**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**


DATED: MARCH 8, 2010


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2